UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DONALD MACK DOVE,

                           Plaintiff,

                                                                      No. 3:13-cv-1315

    -v-

MARTIN E. SMITH, Judge, Broome County
Supreme Court; GERALD F. MOLLEN, District
Attorney Broome County; and JOANNE ROSE
PARRY, Chief Assistant District Attorney,

                           Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                   OF COUNSEL:

DONALD M. DOVE
Plaintiff pro se
10-B-0378
Elmira Correctional Facility
P.O. Box 500
Elmira, NY 14902

DAVID N. HURD
United States District Judge

## DECISION and ORDER

     Pro se plaintiff Donald M. Dove brought this action pursuant to 42 U.S.C. § 1983. On December 19, 2013, the Honorable David E. Peebles, United States Magistrate Judge, advised by Report-Recommendation that plaintiff's complaint be dismissed in all respects as against all three named defendants, without leave to replead. Plaintiff timely filed objections to the Report-Recommendation.

Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Plaintiff's complaint is DISMISSED in its entirety without leave to replead; and

2. The Clerk is directed to file a judgment accordingly.

The Clerk is directed to serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules.

IT IS SO ORDERED.

United States District Judge

Dated: January 14, 2014
      Utica, New York.